**Stanley B. TATE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 71538.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 26, 1997.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### *ORDER*

PER CURIAM.

Defendant, Stanley Tate, appeals the denial of his motion for post-conviction relief under Rule 24.035. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).